# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. __Sharon D. White__                     Docket No. __2:99CR20227-001__

## Petition on Probation and Supervised Release

**COMES NOW** __Edward E. Shaw__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Sharon D. White__ who was placed on supervision by the Honorable __Jon Phipps McCalla__ sitting in the Court at __Memphis, Tennessee__, on the __10th__ day of __February__, __2000__ who fixed the period of supervision at __three (3) years*__ and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $92,917.80  (Balance: $91,382.80)
2. The defendant shall submit to drug and alcohol testing and treatment as directed by the Probation Office.
3. The defendant shall seek and maintain employment other than self-employment.
4. The defendant shall make full financial disclosure to the Probation Office.
5. The defendant shall be prohibited from gambling and from going to the casinos or any place where gambling occurs.
6. The defendant serve six (6) months of Home Confinement. [Completed.] **

\*    Supervised Release began on May 13, 2002.

\*\*  On April 6, 2004, the conditions of Supervised Release were modified by the Honorable Bernice B. Donald. Due to the defendant failing to pay restitution, a Special Condition requiring six (6) months of Home Confinement was imposed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. White's Probation is due to expire on May 12, 2005, but she has not paid restitution in full. She lacked an ability to pay during part of 2004, being unemployed from April through September. Ms. White has recently agreed, by executing a voluntary payroll deduction form, to have her employer make regular deductions for future restitution payments.

**PRAYING THAT THE COURT WILL ORDER** that Ms. White's Supervised Release be allowed to expire as scheduled on May 12, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this __25__ day of __April__ 2005 and ordered filed and made a part of the records in the above case.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4/26/05_

Respectfully,

_Edward E. Shaw_
Edward E. Shaw, U.S. Probation Officer
Electronic Monitoring Specialist

Place: __Memphis, TN__

Date: __April 18, 2005__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 216 in case 2:99-CR-20227 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Dewun R. Settle
LAW OFFICE OF DEWUN SETTLE
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT